UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EFREN VALENCIA, | ) | 1:10-cv-01348-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER INFORMING PLAINTIFF HE HAS LEAVE TO AMEND THE COMPLAINT ONCE AS A MATTER OF COURSE |
| v. | ) | (Doc. 13 Resolved) |
| LOPEZ, et al., | ) | |
| | ) | ORDER INFORMING PLAINTIFF THAT HIS AMENDED COMPLAINT WAS FILED ON AUGUST 9, 2010 |
| Defendants. | ) | (Doc. 14.) |

Efren Valencia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 25, 2010. Now pending is plaintiff's motion to amend the complaint, filed on August 9, 2010. (Doc. 13.) Plaintiff also submitted a proposed Amended Complaint which was filed by the Clerk on August 9, 2010. (Doc. 14.)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). Because plaintiff has not amended the complaint, and no responsive pleading has been served in this action, plaintiff has leave to file an amended complaint as a matter of course. Therefore, Plaintiff's Amended Complaint was filed by the Clerk and entered on the court's record for this action on August 9, 2010.

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's is informed that he has leave to amend the complaint once as a matter of course;
2. This order resolves plaintiff's motion to amend the complaint, filed August 9, 2010; and
3. Plaintiff's Amended Complaint was filed and entered on the court's record for this action on August 9, 2010.

IT IS SO ORDERED.

Dated:   **August 22, 2010**            /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

2