# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN VALENCIA,<br><br>        Plaintiff,<br><br>   v.<br><br>DEAZEVADO,<br><br>        Defendant. | Case No. 1:10-cv-01348-SAB<br><br>ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS |

      Plaintiff Efren Valencia ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the original complaint in this action on March 25, 2010. (ECF No. 1.) On August 9, 2010, Plaintiff filed his first amended complaint. (ECF No. 14.) On September 7, 2012, the Court screened Plaintiff's first amended complaint and found that it stated some cognizable claims. (ECF No. 22.) Plaintiff was ordered to file an amended complaint curing the deficiencies in his non-cognizable claims or to proceed only on the claims found to be cognizable.

      On October 11, 2012, Plaintiff filed his second amended complaint. (ECF No. 24.) On May 1, 2013 the Court screened Plaintiff's second amended complaint and found that it stated some cognizable claims. (ECF No. 27.) Plaintiff was ordered to file an amended complaint curing the deficiencies in his non-cognizable claims or to proceed only on the claims found to be cognizable. On May 10, 2013, Plaintiff filed a notice to proceed only on the Eighth Amendment

claim against Defendant Deazevado.

Accordingly, based on Plaintiff's notice, it is HEREBY ORDERED that:

1. This action shall proceed as one for damages against Defendant Deazevado for violations of the Eighth Amendment; and
2. Plaintiff's Eighth Amendment and Fourteenth Amendment claims against Defendants James and Jones are dismissed for failure to state a claim.

IT IS SO ORDERED.

Dated:   **May 13, 2013**

UNITED STATES MAGISTRATE JUDGE