# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN VALENCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEAZEVADO.<br><br>        Defendant. | Case No. 1:10-cv-01348-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENRY OF DEFAULT<br><br>[ECF No. 33] |

        Plaintiff Efren Valencia ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

        Now pending before the Court is Plaintiff's motion for entry of default against Defendant Deazevado, filed on October 11, 2013.

        Rule 55(a) of the Federal Rules of Civil Procedure requires that the Clerk of Court enter default "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a). If a defendant fails to plead or otherwise defend an action after being properly served with a summons and complaint, a default judgment may be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

///

///

1  On October 15, 2013, Defendant Deazevado filed a motion for an extension of time to file a response to the complaint, and Defendant's motion is granted in a separate order issued concurrently herewith. Because Defendant has made an appearance in this action on October 15, 2013, via a motion for extension of time, there is no evidence that Defendant has failed to plead or otherwise defend this action. Accordingly, Plaintiff's motion for entry of default is DENIED.

IT IS SO ORDERED.

Dated: **October 18, 2013**

UNITED STATES MAGISTRATE JUDGE