UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN VALENCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEAZEVEDO,[1]<br><br>        Defendant. | Case No.: 1:10-cv-01348-LJO-SAB (PC)<br><br>ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATIONS ISSUED DECEMBER 16, 2013, DENYING UNENUMERATED RULE 12(B) MOTION, WITHOUT PREJUDICE, ON PROCEDURAL GROUNDS, AND REQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING OR MOTION WITHIN THIRTY DAYS<br><br>[ECF Nos. 38, 44] |

       Plaintiff Efren Valencia is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

       This action is proceeding on Plaintiff's second amended complaint against Defendant Deazevedo for exposing Plaintiff to cold temperatures and unsanitary conditions of confinement.

       On December 24, 2013, Defendant DeAzevedo filed an unenumerated Rule 12(b) motion to dismiss on the ground that Plaintiff failed to exhaust the available administrative remedies. 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b).

       On March 17, 2014, the undersigned issued Findings and Recommendations to grant Defendant's motion to dismiss. (ECF No. 44.) Plaintiff filed objections on March 27, 2014.

---

[1] Defendant submits that Plaintiff incorrectly spelled DeAzevedo as "Deazevado." (ECF No. 38, at 1 n.1.)

1

On April 3, 2014, the United States Court of Appeals for the Ninth Circuit issued a decision overruling Wyatt v. Terhune, 315 F.3d 1108, 1119 (9th Cir. 2003) with respect to the proper procedural device for raising the issue of administrative exhaustion. Albino v. Baca, No. 10-55702, 2014 WL 1317141, at *1 (9th Cir. Apr. 3, 2014) (en banc).  Following the decision in Albino, Defendants may raise the issue of exhaustion in either (1) a motion to dismiss pursuant to Rule 12(b)(6), in the rare event the failure to exhaust is clear on the face of the complaint, or (2) a motion for summary judgment.  Albino, 2014 WL 1317141, at *4 (quotation marks omitted).  An unenumerated Rule 12(b) motion is no longer the proper procedural device for raising the issue of exhaustion. Id.

Accordingly, in light of the decision in Albino, it is HEREBY ORDERED that:

1. The Court declines to adopt the Findings and Recommendations issued March 17, 2014, are VACATED;

2. Defendant's unenumerated Rule 12(b) motion is DENIED, without prejudice, on procedural grounds; and

3. Defendant has **thirty (30) days** from the date of service of this order within which to file a responsive pleading or motion.

IT IS SO ORDERED.

Dated:   **May 12, 2014**             **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE